# IN THE SUPREME COURT OF PENNSYLVANIA

In the Matter of

TODD ANDREW GOODMAN

: No. 3030 Disciplinary Docket No. 3
:
: No. 14 DB 2024
:
: (United States District Court for the Eastern
: District of Pennsylvania, No. 2:22-cr-00435)
:
: Attorney Registration No. 57626
:
: (Philadelphia)

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of March, 2024, having received no response to a rule to show cause why Respondent Todd Andrew Goodman should not be placed on temporary suspension, the Rule is made absolute, and Respondent is placed on temporary suspension. *See* Pa.R.D.E. 214(d)(2). Respondent shall comply with the provisions of Pa.R.D.E. 217.

    Respondent's right to petition for dissolution or amendment of this Order and to request accelerated disposition of any charges underlying this Order pursuant to Pa.R.D.E. 214(d)(4) and (f)(2) are specifically preserved.

    This Order constitutes an imposition of public discipline. *See* Pa.R.D.E. 402(c)(2) (providing an exception to the confidentiality requirement of Rule 402 when "the investigation is predicated upon a conviction of the respondent-attorney for a crime").